UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **November 18, 2006
Morales/Pacquaio** Program,

                                   Plaintiff,

-against-                                  **NOTICE OF DISMISSAL**
                                                        Civil Action No. CV-07-2266-CBA-RLM

EVARISTO DIAZ, Individually and d/b/a LA
CANCHITA RESTAURANT a/k/a TAQUERIA
LA CANCHITA, and LA CANCHITA
RESTAURANT a/k/a TAQUERIA LA
CANCHITA,
                                   Defendants.
-----------------------------------------------------------

     J & J Sports Productions, Inc., Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: November 13, 2007
       Ellenville, New York

                                                       By: /s/ Julie Cohen Lonstein
                                                       Julie Cohen Lonstein, Esq.
                                                       Bar Roll No. JL8512
                                                     Lonstein Law Office, P.C.
                                                     Attorneys for Plaintiff
                                                     1 Terrace Hill; PO Box 351
                                                     Ellenville, NY 12428
                                                     Telephone: 845-647-8500
                                                     Facsimile: 845-647-6277
                                                     *Our File No.06-20-E02*

**SO ORDERED** this 14 day of November, 2007.

    s/Hon. Carol B. Amon
-----------------------------------
**HONORABLE CAROL B. AMON**
    United States District Judge